UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                : **ORDER**

    - v. -                              : 11 Cr. 559 (CM)

AHMED ABDULKADIR WARSAME,               :
    a/k/a "Khattab,"
    a/k/a "Farah,"                      :
    a/k/a "Abdi Halim Mohammed Fara,"
    a/k/a "Fareh Jama Ali Mohammed,"    :

        Defendant.              :

- - - - - - - - - - - - - - - - - - - - - X

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Adam S. Hickey, it is found that the wheel assignment card and the tape recording of the assignment of this case by the Honorable Gabriel W. Gorenstein are currently sealed; and the United States Attorney's Office has applied to have them unsealed, it is therefore:

    ORDERED that the foregoing materials in the above-captioned action are hereby unsealed.

Dated: New York, New York
       July 7, 2011

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 7/8/11]