```
USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :    **SEALED ORDER**
                                      :
         - v. -                       :    11 Cr. 559 (CM)
                                      :
AHMED ABDULKADIR WARSAME,              :
    a/k/a "Khattab,"                  :
    a/k/a "Farah,"                    :
    a/k/a "Abdi Halim Mohammed Fara," :
    a/k/a "Fareh Jama Ali Mohammed,"  :
                                      :
                Defendant.            :
                                      :
- - - - - - - - - - - - - - - - - - - x

      WHEREAS, an application has been made by the United States of America requesting that: (1) indictment 11 Cr. 559 (the "Indictment"), and related charging paperwork in this matter remain under seal until further order of this Court; (2) the Courtroom be closed for the defendant's presentment and arraignment; (3) the transcript of the defendant's presentment and arraignment be sealed until further order of this Court; and (4) docketing of the Indictment, related charging paperwork, and the defendant's presentment and arraignment on the Indictment, be delayed until further Order of this Court;

[redacted]

      IT IS HEREBY ORDERED that: (1) the Indictment and related charging paperwork in this matter shall be sealed; (2) the Courtroom shall be closed for the defendant's presentment and

arraignment; (3) the transcript of the defendant's presentment and arraignment shall be sealed; and (4) the docketing of the Indictment, related charging paperwork, the defendant's presentment and arraignment on the Indictment, and the transcript of the defendant's presentment and arraignment be delayed until further order of this Court;

IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until the defendant is sentenced or further order of this Court; and

IT IS FURTHER ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:   New York, New York
         July 5, 2011

THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

2